## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. CHERYL McGEE,<br><br>     Plaintiff,<br><br>v.<br><br>1. RYAN WALTERS,<br> in his individual capacity, and<br><br>2. MATT LANGSTON,<br> in his individual capacity,<br><br>     Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CIV-23-475-G |

### PLAINTIFF'S OBJECTIONS TO THE
### DEFENDANTS' EXHIBITS

**COMES NOW THE PLAINTIFF**, and hereby offers her objections to the Defendant's exhibits:

| **No.** | **Date/Description** | **Objection** |
|---|---|---|

### WILL USE

| | | |
|---|---|---|
| 1. | Email from Cheryl McGee to David Chissoe, et al, on May 25, 2023, resigning her position from the OSDE | No objection. |
| 2. | Termination letter from OSDE to Cheryl McGee dated May 25, 2023 | No objection. |
| 3. | Transmittal email from Susan Miller to Cheryl McGee transmitting termination letter dated May 25, 2023 | No objection. |
| 4. | Email from Cheryl McGee to Jenna Thomas dated April 19, 2023 | No objection. |

1

| | | |
|---|---|---|
| 5. | OSDE Disciplinary Form dated April 19, 2023 | No objection. |
| 6. | OSDE Employee Handbook, or excerpts related to Media Policy | Defendant has not produced the listed document, and a motion to compel is pending.  Defendant is barred from using this or any other documents pursuant to Fed. R. Civ. P. 37(c)(1). |
| 7. | Plaintiff's W-2s from OSDE for 2022 and 2023, showing compensation Plaintiff was receiving at OSDE | See Objection to No. 6 and Fed. R. Civ. P. 37(c)(1). |
| 8. | Plaintiff's benefit records for OSDE for 2022 and 2023 showing the value of any benefits received by Plaintiff from OSDE | See Objection to No. 6 and Fed. R. Civ. P. 37(c)(1). |
| 9. | Plaintiff's pay and income records for any job held after her resignation/termination from the OSDE | See Objection to No. 6 and Fed. R. Civ. P. 37(c)(1). |

## MAY USE

| | | |
|---|---|---|
| 10. | Acknowledgment of Receipt of OSDE Employee Handbook signed by Plaintiff on 8/12/2019 | No objection. |
| 11. | Loyalty Oath signed by Plaintiff on 8/12/19 | No objection. |
| 12. | At-Will Employment Agreement signed by Plaintiff | No objection |
| 13. | Confidentiality Agreement signed by Plaintiff on 9/29/21 | No objection. |
| 14. | Job Description for Program Manager Project Aware dated November 2020 | No objection. |

| | | |
|---|---|---|
| 15. | OSDE organizational charts | See Objection to No. 6 and Fed. R. Civ. P. 37(c)(1). |
| 16. | Email from Matt Langston to OSDE employees dated May 25, 2023, re "SDE Policy on Interaction with the Press – Termination" | No objection. |
| 17. | Any medical records produced by Plaintiff in the case evidencing her claimed emotional distress (or lack thereof) | See Objection to No. 6 and Fed. R. Civ. P. 37(c)(1). |
| 18. | Exhibits to any deposition taken in this matter, not objected to by Defendants | See Objection to No. 6 and Fed. R. Civ. P. 37(c)(1). |
| 19. | Exhibits affixed to any motion, not objected to by Defendants | See Objection to No. 6 and Fed. R. Civ. P. 37(c)(1). |
| 20. | Documents used for impeachment to which Defendants do not object | See Objection to No. 6 and Fed. R. Civ. P. 37(c)(1). |
| 21. | Portions of transcripts to which Defendants do not object | See Objection to No. 6 and Fed. R. Civ. P. 37(c)(1). |
| 22. | Further documents identified through discovery | See Objection to No. 6 and Fed. R. Civ. P. 37(c)(1). |

**RESPECTFULLY SUBMITTED THIS 2nd DAY OF MAY, 2025.**

HAMMONS, HURST & ASSOCIATES

s/Mark Hammons
Mark Hammons, OBA No.3784
325 Dean A. McGee Avenue
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
assistant@hammonslaw.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      A true copy of the foregoing was filed and served by use of this Court's ECF system of filing and service to the opposing counsel below listed on May 2nd, 2025.

David R. Gleason, OBA No. 31066
Moricoli, Kellogg, & Gleason, P.C.
One Leadership Square, Ste. 1350,
211 N. Robinson Ave.
Oklahoma City, OK 73102
Phone: 405-235-3357
Email: dgleason@moricoli.com
*Attorney for Defendants in their individual capacities*

                                                s/Mark Hammons