# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. CHERYL McGEE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | No. CIV-23-475-G |
| 1. RYAN WALTERS,<br>    in his individual capacity, and | ) ) ) ) ) | |
| 2. MATT LANGSTON,<br>    in his individual capacity, | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBITS

**COMES NOW THE PLAINTIFF**, and hereby offers her objections to the Defendant's exhibits:

| No. | Date/Description | Objection |
|---|---|---|
| | **The following exhibits are expected to be used at trial.** | |
| 1. | Email from Cheryl McGee to David Chissoe, et al., on May 25, 2023, resigning her position from the OSDE. | No objection |
| 2. | Termination Letter from OSDE to Cheryl McGee dated May 25, 2023. | No objection |
| 3. | Transmittal email from Susan Miller to Cheryl McGee transmitting termination letter dated May 25, 2023. | No objection |
| 4. | Email from Cheryl McGee to Jenna Thomas dated April 19, 2023. | Objection. Irrelevant, confusion of issue, waste of time, unfair prejudice. FRE 401-403. |
| 5. | OSDE Disciplinary Form dated April 19, 2023. | Objection. Irrelevant, confusion of issue, waste of time, unfair prejudice. FRE 401-403. |

| | | |
|---|---|---|
| 6. | OSDE Employee Handbook, or excerpts thereof related to Media Policy. | No objection |
| 7. | Plaintiff's W-2s from OSDE for 2022 and 2023, showing compensation Plaintiff was receiving at OSDE. | No objection |
| 8. | Plaintiff's benefit records for OSDE for 2022 and 2023 showing the value of any benefits received by Plaintiff from OSDE. | No objection |
| 9. | Plaintiff's pay and income records for any job held after her resignation/termination from the OSDE. | Objection. Not produced, not identified. |

**The following exhibits may be used at trial.**

| | | |
|---|---|---|
| 10. | Any employee agreement signed by Plaintiff with the OSDE. | Objection. Not produced, not identified. |
| 11. | OSDE organizational charts. | Objection. Not produced, not identified. |
| 12. | Email from Matt Langston to OSDE employees dated May 25, 2023, re "SDE Policy on Interaction with the Press - Termination." | No objection. |
| 13. | Any medical records produced by Plaintiff in the case evidencing her claimed emotional distress (or lack thereof). | Objection. Not produced, not identified. |
| 14. | Exhibits to any deposition taken in this matter, not objected to by Defendants. | Objection. Not produced, not identified. |
| 15. | Exhibits affixed to any motion, not objected to by Defendants. | Objection. Not produced, not identified. |
| 16. | Documents used for impeachment to which Defendants do not object. | Objection. Not produced, not identified. |
| 17. | Portions of transcripts to which Defendants do not object. | Objection. Not specifically identified or designated as required by FRCP 26(a)(3)(A)(ii). |

| | | |
|---|---|---|
| 18. | Further documents identified through discovery. | Objection. Not specifically identified |

**RESPECTFULLY SUBMITTED THIS 2nd DAY OF OCTOBER, 2025.**

        HAMMONS, HURST & ASSOCIATES

        s/Mark Hammons
        Mark Hammons, OBA No.3784
        325 Dean A. McGee Avenue
        Oklahoma City, Oklahoma 73102
        Telephone: (405) 235-6100
        Facsimile: (405) 235-6111
        assistant@hammonslaw.com
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

A true copy of the foregoing was filed and served by use of this Court's ECF system of filing and service to the opposing counsel below listed on October 2nd, 2025.

Jacquelyne K. Phelps
Oklahoma Department of Education
2500 N. Lincoln Blvd.
Oklahoma City, OK 73105
Telephone: 405-521-2983
Email: jacki.phelps@sde.ok.gov
*Attorney for Defendants in their individual capacities*

        s/Mark Hammons