# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHERYL MCGEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-475-G |
| | ) |
| RYAN WALTERS et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

In accordance with the Court's Order of January 6, 2026 (Doc. No. 82), Defendants' previous Motion for Summary Judgment (Doc. No. 80) is DENIED AS MOOT.

IT IS SO ORDERED this 7th day of January, 2026.

_____
CHARLES B. GOODWIN
United States District Judge